**Law Offices of Irina Roller, PLLC**

**40 Wall Street**  
**New York, New York 10005**

Telephone (212) 688-1100  
Facsimile (212) 706-9362  
Email: Hearings@RollerEsq.com

October 29, 2024

**MEMO ENDORSED**

<u>VIA ECF</u>  
Hon. Edgardo Ramos  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, New York 10007

Re:   A.B., et al. v. New York City Department of Education  
23-cv-6840 (ER)(SLC)

Dear Judge Ramos:

Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking attorneys' fees, costs and expenses for legal work on multiple cases under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. (IDEA), as well as for this action.

The parties jointly apologize for missing the deadline of submitting a joint letter on August 12, 2024 per the Court's Order (ECF 15). The parties remain committed to resolving this matter and respectfully request a second stay of all deadlines in this matter to January 14, 2025. This is the parties' second request for a stay in this matter. The Court granted the parties' previous joint request for a stay (ECF 15). The requested stay will allow the parties to continue settlement negotiations and hopefully resolve this matter without the need for motion practice.

If a further stay is granted, the parties propose the submission of a joint status letter by January 14, 2025 updating the Court on the status of settlement negotiations.

I thank you in advance for the Court's consideration of this request.

Respectfully submitted,

s/_____  
Irina Roller  
*Attorneys for the Plaintiff*

cc:   All counsel for Defendant via ECF

The application is  _X_  granted  
                          ____ denied

_____  
Edgardo Ramos, U.S.D.J  
Dated: Ocotober 30, 2024  
New York, New York